IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

Dr. M. Harvey Brenner, and
Dr. Doris L. Storms

      Plaintiffs,

v.                                         Civil Action No. CCB97-313

The Johns Hopkins University, and
The Johns Hopkins University
    Faculty & Senior Staff
    Retirement Plan

      Defendants.

## ORDER AMENDING SCHEDULING ORDER

AND NOW this _____ day of December, 1999, upon consideration of defendants'

unopposed motion to extend the deadlines in the Scheduling Order, it is hereby **ORDERED** that:

1. Defendants' Unopposed Motion for Extension of Time is **GRANTED**.

2. The Scheduling Order is modified as follows:

| | |
|---|---|
| Defendants' Reply to Plaintiffs' Memorandum In Opposition to Defendants' Motions for Summary Judgment | December 15, 1999 |
| Plaintiffs' Surreply to Defendants' Motion For Summary Judgment | January 5, 2000 |

By: _____
Catherine C. Blake
United States District Judge

PHLIT\305877\1