IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| Dr. M. Harvey Brenner, and<br>Dr. Doris L. Storms<br><br>        Plaintiffs,<br><br>        v.<br><br>The Johns Hopkins University, and<br>The Johns Hopkins University<br>   Faculty & Senior Staff<br>   Retirement Plan<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:   Civil Action No. CCB97-313<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION FOR EXTENSION OF TIME**

The parties, by their undersigned counsel, hereby stipulate to modify the deadlines in the Scheduling Order for the filing of reply briefs as follows:

| | |
|---|---|
| Deadline for Defendants to File a Reply Brief<br>In Support of Their Dispositive Motion | December 23, 1999 |
| Deadline for Plaintiffs to File a Surreply Brief<br>In Opposition to Defendants' Dispositive Motion | January 21, 2000 |

By: /s/ John F. Schultz
John F. Schultz, Esq. (Pro Hac Vice)
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700
Attorneys for Defendants

By: /s/ Martin H. Schreiber
Martin H. Schreiber II, Esq. (No. 22886)
Brown, Goldstein & Levy, LLP
300 Maryland Bar Center
520 W. Fayette Street
Baltimore, Maryland 21201
(410) 962-1030
Attorneys for Plaintiffs

APPROVED this 16 day of Dec, 1999

By: /s/ Catherine C. Blake
Catherine C. Blake
United States District Judge

PHLIT\306629\1