IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DR. M. HARVEY BRENNER, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. CCB-97-313 |
| THE JOHNS HOPKINS UNIVERSITY, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon Plaintiffs' Unopposed Motion For Leave To File Corrected Memorandum And Exhibits, and for good cause shown, it is this 5 day of May, 2000 ORDERED that:

1. Plaintiffs' Motion is GRANTED and

2. The Clerk shall file the following papers: (a) Corrected Plaintiffs' Memorandum In Opposition To Defendants' Motions For Summary Judgment and (b) Corrected Exhibits To Plaintiffs' Memorandum In Opposition to Defendants' Motions For Summary Judgment.

_____
Catherine C. Blake
United States District Judge

