IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 24 P 4: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| DR. M. HARVEY BRENNER, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. CCB-97-313 |
| THE JOHNS HOPKINS UNIVERSITY, et al., | * | |
| | * | |
| Defendants. | | |

* * * * * * * * * * *

## ORDER

Upon Plaintiffs' Unopposed Motion For Extension of Time, it is this ___24___ day of July, 2000, ORDERED that:

1. Plaintiffs' Motion is GRANTED and

2. Plaintiffs' shall have until August 14, 2000, to file their surreply brief in opposition to Defendants' motion for summary judgment.

_____
Catherine C. Blake
United States District Judge