IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DR. M. HARVEY BRENNER, ET AL. :
:
v. : CIVIL NO. CCB-97-313
:
THE JOHNS HOPKINS UNIVERSITY, :
ET AL. :

...oOo...

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The defendants' motion for summary judgment as to Dr. Brenner is **Granted** on all counts;

2. The defendants' motion for summary judgment as to Dr. Storms is **Granted** on Counts II-VI and denied as to Count I; and

3. Copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

Sept. 29, 2000
Date

Catherine C. Blake
United States District Judge

-30-