IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DR. M. HARVEY BRENNER, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. CCB-97-313 |
| THE JOHNS HOPKINS UNIVERSITY, et al., | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## POST-TRIAL BRIEFING/HEARING SCHEDULE

Post trial memoranda shall be filed by the following dates:

| | |
|---|---|
| Plaintiff's memorandum | July 23, 2001 |
| Defendants' response | August 20, 2001 |
| Plaintiff's reply | September 3, 2001. |

The Court will hear oral argument on September 28, at 9:30 a.m.

It is, this 11 day of July, 2001, SO ORDERED.

_____
Catherine C. Blake
United States District Judge