# Bro..n Goldstein Levy LLP

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel: 410 962-1030
Fax: 410 385-0869
www.browngold.com

Martin H. Schreiber II, Esq.
Direct dial: 443-923-1324
E-mail: mhs@browngold.com

August 16, 2001

Barbara Childs
Secretary to Hon. Catherine C. Blake
United States District Court
 for the District of Maryland
U.S. Courthouse, Room 110
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Brenner, et al. v. The Johns Hopkins University, et al.*
           Civil Action No.: CCB-97-313

Dear Ms. Childs:

    I write to confirm that Judge Blake has re-set closing arguments in this case for **October 4, 2001, at 10:00.** If this is incorrect, please let me know.

    Thank you.

                                 Respectfully,

                                 Martin H. Schreiber II

MHS/es
cc:    John F. Schultz, Esquire
        Daniel F. Goldstein, Esquire

"Approved" THIS 17th DAY OF August, 2001

_____
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 AUG 17 A 10: 2
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY