IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DR. DORIS L. STORMS  :

v.  :  CIVIL NO. CCB-97-313

JOHNS HOPKINS UNIVERSITY, ET AL.  :

...oOo...

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. judgment is entered for the defendants and against the plaintiffs;

2. any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58;

3. the Clerk shall mail copies of this Memorandum and Order to counsel of record; and

4. the Clerk is directed to **CLOSE** this case.

Jan. 2, 2002
Date

Catherine C. Blake
United States District Judge

6